IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     CRIMINAL ACTION
    v.     :
    :     No. 20-417-1
HASSAN ELLIOTT #21151-509
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY  11232

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Pretrial Conference/Motions Hearing on **Tuesday, January 7, 2025, at 9:30 a.m. and Wednesday, January 8, 2025, at 9:30 a.m.** before the **Honorable Juan R. Sánchez** in **Courtroom 14B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**
For additional information, please contact the undersigned.

By:     Courtroom Deputy to J. Sánchez
        Phone: 267-299-7789

Date:     10/16/2024

cc via U.S. Mail:     Defendant
cc via email:     Defense Counsel
        Assistant U.S. Attorney
        U.S. Marshal
        Court Security
        Probation Office
        Pretrial Services
        Interpreter Coordinator