IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | No. 20-417 |
| HASSAN ELLIOTT et al. | : | |

## **ORDER**

AND NOW, this 12th day of December, 2024, it is hereby ORDERED the U.S. Marshals for the United States District Court for the Eastern District of Pennsylvania shall partially sequester jurors for the duration of trial in the above-captioned case. To ensure jurors are not subject to extraneous influence, the United States Marshals Service shall sequester jurors during lunch and recesses, and transport jurors between the courthouse and undisclosed locations at the beginning and end of each trial day. It is FURTHER ORDERED the U.S. Marshals shall provide secondary screening procedures—including an identification check—for both pre-trial proceedings and the trial in the above-captioned case.

Any objections to this order may be raised by counsel by motion or at the pre-trial conference scheduled to begin January 7, 2024.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.