IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 20-417-1
HASSAN ELLIOTT #21151-509
FDC Philadelphia
P.O. Box 56102
Philadelphia, PA  19105

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Change of Plea Hearing on **Wednesday, January 15, 2025, at 9:00 a.m.** before the **Honorable Juan R. Sánchez** in **Courtroom 14B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**
For additional information, please contact the undersigned.

By:     Courtroom Deputy to J. Sánchez
        Phone: 267-299-7789

Date:   1/9/2025

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel
                     Assistant U.S. Attorney
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator