IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 20-cr-417-1 |
| HASSAN ELLIOTT | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 20-cr-417-3 |
| KHALIF SEARS | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 20-cr-417-5 |
| KELVIN JIMENEZ | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 20-cr-417-6 |
| DOMINIQUE PARKER | : | |

**ORDER**

AND NOW, this 13th day of January, 2025, it is ORDERED that U.S. Marshals for the United States District Court for the Eastern District of Pennsylvania shall provide secondary screening procedures, including an identification check, for hearings scheduled on January 15, 2025, pretrial proceedings, and trial in the above-captioned case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.