IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-417 |
| HASSAN ELLIOTT<br>a/k/a "Haz" | : | |

**O R D E R**

AND NOW, this 23rd day of July, 2025, upon consideration of the Government's Motion to Dismiss Counts 3, 10, 14, and 26 of the superseding indictment as to Defendant Hassan Elliott, it is hereby

ORDERED

that Counts 3, 10, 14, and 26 of the superseding indictment as to defendant Hassan Elliott are dismissed.

BY THE COURT:

_____
HONORABLE JUAN R. SÁNCHEZ
*Judge, United States District Court*