IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                        v.

HASSAN ELLIOTT #21151-509
FDC Philadelphia
P.O. Box 56102
Philadelphia, PA  19105

|  |  |
|---|---|
| : | CRIMINAL ACTION |
| : |  |
| : | No. 20-417-1 |

**NOTICE OF HEARING**

       Take notice that the defendant is scheduled for a Restitution Hearing on **Thursday, June 11, 2026, at 9:30 a.m.** before the **Honorable Juan R. Sánchez** in **Courtroom 14B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A        interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**
For additional information, please contact the undersigned.

By:         Courtroom Deputy to J. Sánchez
            Phone: 267-299-7789

Date:       6/5/2026

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel
                  Assistant U.S. Attorney
                  U.S. Marshal
                  Court Security
                  Probation Office
                  Pretrial Services
                  Interpreter Coordinator